| CRIMINAL COMPLAINT | |
|---|---|
| United States District Court | DISTRICT of ARIZONA |
| United States of America<br>v.<br>Uriel Gonzalez-Perez<br>DOB: 1986; Mexican Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>18-02827MJ |

Complaint for violation of Title 18, United States Code §§ 2252(a)(2) and (b)(1)

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

From a date unknown but including on or about December 8, 2017, within the District of Arizona and elsewhere, the defendant **Uriel Gonzalez-Perez**, using any means or facility of interstate or foreign commerce, did knowingly and intentionally receive child pornography, that is, visual depictions, the production of which involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which depicted pre-pubescent minors, and which depicted such conduct, which had been shipped and transported in interstate or foreign commerce by means of computer, or otherwise, including, but not limited to:

"1238591279.dthumb"

"1531583653.dthumb"

All in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

On January 17, 2018, during the course of a search on a LG MP260 smart phone (IMEI: 352130-09-353130-8) seized from and belonging to Uriel GONZALEZ-Perez on December 8, 2017, images and videos were found that depicted child pornography. The female child depicted in all the images and videos appears to be the same child and the images and videos begin when the child is a toddler and continue until the child is approximately 4-6 years of age. Agents have identified the minor child in the video and believe she is not yet 5 years old.

A total of 26 images and three videos depicting the same female child were retrieved from GONZALEZ-Perez's smart phone. The following is a sample of the child pornography found within GONZALEZ-Perez's smart phone:

CONTINUED ON THE REVERSE SIDE.

MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br>COMPLAINT REVIEWED by AUSA Seger | SIGNATURE OF COMPLAINANT |
|---|---|
| *Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | OFFICIAL TITLE & NAME:<br>SA Robert Edwards, HSI |
| Sworn to before me and subscribed in my presence. | |

BASIS OF COMPLAINT'S CHARGE CONT'D:

- 1238591279.dthumb is a video that runs approximately 12 seconds in length. The video shows the 4-6 year old female child lying on her back wearing a white tee-shirt. The female child is not wearing pants or underwear. The camera is focused on the female child's vagina. An adult female is observed orally stimulating the female child's vagina for approximately seven seconds. The camera zooms out and observed are the female child's purple underwear around her knees and purple sheets underneath the female child. The same adult female is observed grabbing the female child's leg and pulling the child back towards the adult female. The camera zooms back into the female child's vagina and the adult female is observed continuing to orally stimulate the female child's vagina for an additional three seconds. The last second of video depicts the child attempting to pull away from the adult female.

- 1531583653.dthumb is a video that runs approximately 11 seconds in length. The video shows an adult female laying on her back and completely naked. The adult female has her legs spread open exposing her vagina to the camera. The adult female is then observed taking the hand and arm of the female child and masturbating her (adult female) vagina with the child's hand. The adult female is observed using the back of the child's hand and later the fingertips to masturbate.

The metadata contained within the above video, as well as one other video depicting child pornography, which was found on GONZALEZ-Perez's smart phone, has a creation date of March 18, 2017. The other video described above, which was also located on GONZALEZ-Perez's smart phone has a creation date of March 30, 2017. The video titled 1531583653.dthumb and created March 30, 2017, was received by GONZALEZ-Perez after receiving "1238591279.dthumb" on or about March 18, 2017.